```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 18819
   ALONZO J PATTERSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

      Debtor
   SSN XXX-XX-0783

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/11/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.96% from remaining funds.

     The case was paid in full 06/13/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE BANK             UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING      UNSECURED        3415.00          .00        954.77
CITY OF CHICAGO              NOTICE ONLY     NOT FILED         .00           .00
ENH MEDICAL GROUP            UNSECURED       NOT FILED         .00           .00
ENH MEDICAL GROUP            NOTICE ONLY     NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM     UNSECURED OTH    585.44           .00        163.66
HOUSEHOLD BANK               NOTICE ONLY     NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        1806.66          .00        505.11
MIDLAND CREDIT MANAGEMEN     UNSECURED         346.09          .00         96.76
MIDLAND CREDIT MGMT          NOTICE ONLY     NOT FILED         .00           .00
CREDIGY RECEIVABLES INC      UNSECURED        1739.61          .00        486.36
RCN                          UNSECURED       NOT FILED         .00           .00
RCN                          NOTICE ONLY     NOT FILED         .00           .00
RCN                          NOTICE ONLY     NOT FILED         .00           .00
AT & T BANKRUPCTY            UNSECURED       NOT FILED         .00           .00
SBC/AMERITECH                NOTICE ONLY     NOT FILED         .00           .00
SOCIAL SECURITY ADMINIST     UNSECURED       NOT FILED         .00           .00
SOCIAL SECURITY ADMIN C      NOTICE ONLY     NOT FILED         .00           .00
ZALUTSKY & PINSKI LTD        DEBTOR ATTY     2,194.00                    2,194.00
TOM VAUGHN                   TRUSTEE                                       279.34
DEBTOR REFUND                REFUND                                         77.00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              4,757.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    2,206.66
ADMINISTRATIVE                               2,194.00

                   PAGE   1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 18819 ALONZO J PATTERSON
```

```
TRUSTEE COMPENSATION                                              279.34
DEBTOR REFUND                                                      77.00
                                   ----------------       ----------------
TOTALS                                    4,757.00              4,757.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```